02-12-582-CR









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-12-00582-CR 

 

 


 
 
 Ex parte 
  
 James Fowler
 
 
  
 
 
  
 
 
 
 
  
 
 
 
 
  
 
 
  
 
 
  
 
 


 

 

------------

 

FROM THE 89th
District Court OF Wichita COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

----------

          We
have considered the “State’s Agreed Motion To Dismiss Appeal.”  The motion
complies with rule 42.2(a) of the rules of appellate procedure.  Tex. R. App.
P. 42.2(a).  No decision
of this court having been delivered before we received this motion, we grant
the motion and dismiss the appeal.  See Tex. R. App. P. 42.2(a), 43.2(f).

 

PER
CURIAM

PANEL:  GABRIEL, J.; LIVINGSTON, C.J.; and
DAUPHINOT, J.

 

DO NOT PUBLISH

Tex. R. App.
P. 47.2(b)

 

DELIVERED:  February 28,
2013








 









[1]See Tex. R. App. P. 47.4.